**UNITED STATES
BANKRUPTCY COURT
SOUTHERN DISTRICT OF
FLORIDA**

In re: Daylee Garcia

                       Case No.: 23-16998-LMI
                       Chapter: 13

Debtor(s).
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

    COMES NOW Jacob Bair, Esq. of CARMEL AT THE CALIFORNIA CLUB PROPERTY OWNERS ASSOCIATION, INC., and makes his appearance on behalf of CARMEL AT THE CALIFORNIA CLUB PROPERTY OWNERS ASSOCIATION, INC., and requests that all further pleadings, orders, and other papers in this case be served upon the undersigned.  Further, the undersigned requests that all distributions for which CARMEL AT THE CALIFORNIA CLUB PROPERTY OWNERS ASSOCIATION, INC. is entitled be distributed to the undersigned.

Jacob Bair, Esq.
BLG Association Law, PLLC

301 W. Platt St. #375
Tampa, FL 33606
(813)379-3804
jbair@blglawfl.com and service@blglawfl.com

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance and Request for Service has been furnished via the CM/ECF electronic filing system to the following parties:  Jose A. Blanco, P.A., Esq. Attorney for Debtor; Daylee Garcia Trustee and U.S. Trustee.

And by U.S. Mail to the following:

    Daylee Garcia
    921 NE 199 St, Apt
    107
    Miami, FL 33179

On this 14th day of September 2023.

/s/ Jacob Bair
**Jacob Bair, Esq.**
Florida Bar: No. 0071437 Primary: jbair@blglawfl.com  Secondary: Service@Blglawfl.com **BLG Association Law, PLLC** 301 W. Platt St. #375
Tampa, FL 33606
(813) 379-3804
Attorneys for: CARMEL AT THE CALIFORNIA CLUB PROPERTY OWNERS ASSOCIATION, INC.