Fill in this information to identify the case:

Debtor 1        Daylee Garcia_____

Debtor 2        _____
(Spouse, if filing)

United States Bankruptcy Court for the:  Southern _____ District of  Florida _____
                                                                                    (State)

Case number    23-16998-LMI _____

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** CARMEL AT THE CALIFORNIA CLUB PROPERTY OWNERS ASSOCIATION, INC.

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:    ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X]  No

☐  Yes.  Date of the last notice: ____/____/____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | Review of Bankruptcy Case | (3) | $ 300.00 |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | Filing of Bankruptcy Proof of Claim | (5) | $ 250.00 |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Daylee _____ Garcia _____        Case number (if known) _23-16998-LMI_____
            First Name    Middle Name    Last Name

## Part 2:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____        Date 10,19,23
   Signature

Print:    Jacob _____ Bair _____        Title    Attorney _____
          First Name    Middle Name    Last Name

Company    BLG Association Law PLLC _____

Address    301 _____ W Platt St    Suite 375
           Number    Street
           Tampa                     FL        33606
           City                      State     ZIP Code

Contact phone ( 813 ) 379 _ 3804 _____        Email Jbair@blglawfl.com _____