Fill in this information to identify the case:

Debtor 1: Daylee Garcia

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida
(State)

Case number: 23-16998-LMI

## Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: CARMEL AT THE CALIFORNIA CLUB CONDOMINIUM "25" ASSOCIATION, INC

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: ___ ___ ___ ___

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | Review of Bankruptcy Case | (3) | $ 300.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | Filing of Bankruptcy Proof of Claim | (5) | $ 250.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Daylee | | Garcia | | Case number (if known) _23-16998-LMI_ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _[signature]_      Date 10/19/23
Signature

| Print: | Jacob | | Bair | Title | Attorney |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company: BLG Association Law PLLC

| Address | 301 | W Platt St | Suite 375 | |
|---|---|---|---|---|
| | Number | Street | | |
| | Tampa | | FL | 33606 |
| | City | | State | ZIP Code |

Contact phone ( 813 ) 379 - 3804            Email Jbair@blglawfl.com

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 2