UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Daylee Garcia                               Case No.: 23-16998-LMI
                                                     Chapter 13

                 Debtor(s)                /

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant / Creditor | Amount of Claim |
|---|---|---|
| 17 | Jefferson Capital Systems LLC | $172.21 |

Basis for Objection and Recommended Disposition

On or about October 10, 2023, Creditor filed an unsecured general proof of claim for a Retail account ending in 2185. The backup documentation attached indicates this debt was from 2000 and was charged off in 2001. The Debtor asserts the Statute of Limitations as a defense; therefore, this claim should be stricken and disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Respectfully submitted:              **Jose A. Blanco, P.A.**
November 18, 2023                    By: */s/ Jose A. Blanco* | FBN: 062449
                                     Attorney for Debtor(s)
                                     102 E 49th ST
                                     Hialeah, FL 33013,
                                     Tel. (305) 349-3463
                                     E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)