| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 23-16998-LMI<br>Southern District of Florida<br>Miami<br>Fri Oct 20 16:55:07 EDT 2023 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Carmel at the California Club Condominium &q<br>BLG Association Law, PLLC<br>c/o Jacob Bair, Esq.<br>301 W Platt St #375<br>Tampa, FL 33606-2292 |
| Carmel at the California Club Property Owner<br>BLG Association Law, PLLC<br>c/o Jacob Bair, Esq.<br>301 W. Platt St., #375<br>Tampa, FL 33606-2292 | Acima Credit<br>9815 South Monroe Street<br>4th Floor<br>Sandy, UT 84070-4384 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Aventura Hospital & Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>125 South West St<br>Wilmington, DE 19801-5014 |
| CARMEL AT THE CALIFORNIA CLUB CONDOMINIUM &#<br>BLG Association Law, PLLC<br>301 W PLATT ST #375<br>301 W PLATT ST #375<br>Tampa, FL 33606-2292 | CARMEL AT THE CALIFORNIA CLUB PROPERTY OWNER<br>c/o BLG Association Law, PLLC<br>301 W Platt St #375<br>c/o BLG Association Law, PLLC<br>Tampa, FL 33606-2292 | Capio Partners, LLC<br>Attn: Bankruptcy<br>Po Box 3498<br>Sherman, TX 75091-3498 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>Attn: Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2302 | Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS CT<br>KENNESAW GA 30144-5942 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Checksystems<br>7805 Hudson Rd<br>Saint Paul, MN 55125-1594 | Child Support Enforcement<br>PO Box 8030<br>Tallahassee, FL 32314-8030 | Citibank/Sears<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 |
| Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitycb/sally<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | (p)EQUIFAX  INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian<br>Attn: Bankruptcy Dept.<br>P.O. Box 2002<br>Allen, TX 75013-2002 |

| | | |
|---|---|---|
| FLORIDA ADVANCED PROPERTIES, INC.<br>PO BOX 770010<br>Miami, FL 33177-0001 | Florida Advanced Properties<br>c/o Anthony Rodriguez<br>13501 SW 128 STREET, #111<br>Miami, FL 33186-5862 | Florida Department Of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0110 |
| (p)U S  ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | Honorable Merrick Garland<br>Attorney General<br>Dept of Justice #4400<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | IRS Centralized Bankruptcy Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank/CCHoldings<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 |
| (p)NATIONAL CREDIT SYSTEMS<br>ATTN BANKRUPTCY<br>PO BOX 672288<br>MARIETTA GA 30006-0039 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| (p)SOUTH BROWARD HOSPITAL DISTRICT<br>ATTN D/B/A MEMORIAL HEALTHCARE SYSTEM<br>3111 STIRLING RD<br>C/O LEGAL DEPARTMENT<br>HOLLYWOOD FL 33312-6566 | Synchrony Bank/BRMart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Transunion<br>Attn: Bankruptcy Dept.<br>P.O. Box 2000<br>Chester, PA 19016-2000 | Western Funding Inc<br>Attn: Bankruptcy Dept<br>P.O. Box 94858<br>Las Vegas, NV 89193-4858 | Western Funding Inc c/o<br>Resurgent Capital Services<br>PO Box 3427<br>Greenville, SC 29602-3427 |
| Daylee Garcia<br>921 NE 199 St, Apt 107<br>Miami, FL 33179-5812 | Jose A Blanco<br>Jose A. Blanco, P.A.<br>102 E 49th ST<br>Hialeah, FL 33013-1853 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CarMax Auto Finance<br>Attn: Bankruptcy<br>Po Box 440609<br>Kennesaw, GA 30160 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Department of the Treasury<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Equifax<br>Attn: Bankruptcy Dept.<br>P.O. Box 740241<br>Atlanta, GA 30374 | Honorable Markenzy Lapointe<br>US Attorney for Southern District<br>99 NE 4 St<br>Miami, FL 33132 | National Credit Systems, Inc.<br>Attn: Bankruptcy<br>P.O. Box 672288<br>Atlanta, GA 30006 |

South Broward Hospital District
3111 Stirling Road
Fort Lauderdale, FL 33312

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami                              End of Label Matrix
                                      Mailable recipients    50
                                      Bypassed recipients     1
                                      Total                  51