UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Daylee Garcia

Case No.: 23-16998-PDR
Chapter 13

Debtor /

**MOTION TO MODIFY CHAPTER 13 PLAN AND TO ALLOW EARLY PAYOFF**

COMES NOW, the Debtor, Daylee Garcia, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On August 31, 2023, the instant case was filed.
2. On January 23, 2024, Debtor's Fifth Amended Chapter 13 plan was confirmed.
3. In Debtor's confirmed plan, the Debtor was curing and maintaining her homestead property located at 921 NE 199ST, Apt 107, Miami, FL 33179 with two homeowner's associations, namely "CARMEL AT THE CALIFORNIA CLUB CONDOMINIUM '25' ASS" and "CARMEL AT THE CALIFORNIA CLUB PROPERTY OWNERS ASSO".
4. The Debtor is current under the presently confirmed plan and is asking the Court to allow the payoff of the Debtor's bankruptcy case.
5. The Debtor is below median income as of the date of the filing of the case and is therefore required to be in a Chapter 13 proceeding for 36 months from the date of the filing of the case. The Debtor is presently in month 36 of the plan.
6. The Debtor will pay off their chapter 13 case early with gift proceeds from her family member.

7. Debtor desires to modify the plan in order to finish her case early.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's First Modified Plan and allow for the early payoff to obtain a regular discharge under the Bankruptcy Code.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ECF to the Debtor's and Nancy K. Neidich, Trustee and U.S. Mail on September 29, 2026 and to all parties on the service list.

Respectfully submitted:
September 29, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com